UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
USDC - Atlanta

OCT 03 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ALEXSAM, INC., § § § § § § § § § § | |
| v. | |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. | |
| | 1:12-MI 0176 |
| ALEXSAM, INC., § § Plaintiff, § § v. § § BEST BUY STORES LP, BARNES & NOBLE, § INC., BARNES & NOBLE MARKETING SERVICES § CORP., THE GAP, INC., DIRECT CONSUMER § SERVICES, LLC, HOME DEPOT U.S.A., INC., § HOME DEPOT INCENTIVES, INC., J.C. PENNEY § COMPANY, INC., J.C. PENNEY CORPORATION, § INC., MCDONALD'S CORPORATION, P2W, INC. § NFP, TOYS "R" US, INC., and TRU-SVC, § LLC, § § Defendants. § | Civil Action No. 2:10-cv-00093-MHS-CMC  The Honorable Michael H. Schneider  Magistrate Judge Caroline M. Craven  (*pending in the United States District Court For The Eastern District of Texas*) |

After considering Alexsam, Inc.'s Motion For Leave To File Its Motion To Compel Document Production From InComm Pursuant To Subpoena Under Seal, the Court hereby GRANTS Plaintiff's Motion

So Ordered:

Date: 3 Oct , 2012

_____
UNITED STATES DISTRICT COURT JUDGE